```
BILAL A. ESSAYLI
United States Attorney
CHRISTINA T. SHAY
Assistant United States Attorney
Chief, Criminal Division
KEVIN J. BUTLER (Cal. Bar No. 329129)
JENA A. MACCABE (Cal. Bar No. 316637)
Assistant United States Attorneys
Violent and Organized Crime Section
     1300 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-6495/5046
     Facsimile: (213) 894-0141
     E-mail:    kevin.butler2@usdoj.gov
                jena.maccabe@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA
```

**FILED**
CLERK, U.S. DISTRICT COURT
06/11/2025
CENTRAL DISTRICT OF CALIFORNIA
BY: JD DEPUTY

**UNDER SEAL**

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CR 5:25-CR-00198-KK |
|---|---|
| Plaintiff, | [PROPOSED] ORDER SEALING INDICTMENT AND RELATED DOCUMENTS |
| v. | |
| CARLOS VICTOR MESTANZA CERCADO, et al., | **(UNDER SEAL)** |
| Defendants. | |

For good cause shown, IT IS HEREBY ORDERED THAT:

Pursuant to Federal Rule of Criminal Procedure 6(e)(4), the indictment and any related documents in the above-titled case (except the arrest warrants), the government's sealing application, and this order shall be kept under seal until such time as the government files a "Report Commencing Criminal Action" in this matter.

06/11/2025
DATE

*Karen E. Scott*
HONORABLE KAREN E. SCOTT
UNITED STATES MAGISTRATE JUDGE

1

**OR IN CASE OF DENIAL:**

   The government's application for sealed filing is DENIED.  The sealing application will be filed under seal.  The underlying document(s) shall be returned to the government, without filing of the documents or reflection of the name or nature of the documents on the clerk's public docket.

_____          _____
DATE                                                                        HONORABLE AUTUMN D. SPAETH
                                                                                      UNITED STATES MAGISTRATE JUDGE

2