YOUNG J. KIM (No. 264159)
Deputy Federal Public Defender
(Email: Young_Kim@fd.org)
3801 University Avenue, Suite 700
Riverside, California 92501
Tel: 951-276-6346
Fax: 951-276-6368

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER |
|---|---|
| PLAINTIFF | |
| v. | 5:25-cr-00198-KK-3 |
| PABLO RAUL LUGO LARROIG | |
| | **APPLICATION FOR REVIEW/RECONSIDERATION OF ORDER SETTING CONDITIONS OF RELEASE/DETENTION (18 U.S.C. §3142) AND REQUEST FOR HEARING** |
| DEFENDANT. | |

Application is made by ☐ plaintiff ☒ defendant __Pablo Raul Lugo Larroig__
that a hearing be held to review /reconsider the decision of

☐ United States District Judge _____   by order dated: _____

☒ Magistrate Judge __Michael B. Kaufman__   by order dated: __06/18/25__

  ☒ denying release and imposing detention under subsection ☐ (d) or ☒ (e) of Title 18 U.S.C. §3142; or
  ☐ ordering release upon certain conditions, or
  ☐ denying detention.

This application is made ☒ pre-sentence ☐ post-sentence based on the following facts not previously considered by said judicial officer or changed circumstances as follows:
Mr. Lugo Larroig has identifed bail resources that were not available at the last detention hearing. Further, Mr. Lugo Larroig and government counsel have stipulated to bond conditions, attached as Exhibit A, and are jointly moving for reconsideration of detention.

  Relief sought *(be specific)*:
Mr. Lugo Larroig prays that he be released on bond.

  Counsel for the defendant and plaintiff United States Government consulted on _____
and opposing counsel declines to stipulate to an order providing the relief sought.

☒ Telephonic notice given to   ☒ AUSA  ☐ Defendant's Counsel  ☐ PSA  ☐ Interpreter  ☐ USM  ☐ Probation
on __07/25/25__.

An interpreter is  ☒ required  ☐ not required.  Language __Spanish__
Defendant is  ☒ in custody  ☐ not in custody.

__07/25/25__                                      /s/ Young J. Kim
Date                                              Moving Party

---

**APPLICATION FOR REVIEW/RECONSIDERATION OF ORDER SETTING CONDITIONS OF RELEASE/DETENTION, (18 U.S.C. §3142) AND REQUEST FOR HEARING**

CR-88 (06/07)