YOUNG J. KIM (No. 264195)  
Deputy Federal Public Defender  
(Email: Young_Kim@fd.org)  
3801 University Avenue, Suite 700  
Riverside, California 92501  
Tel: 951-276-6346  
Fax: 951-276-6368

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER |
|---|---|
| PLAINTIFF | 5:25-cr-00198-KK-3 |
| v. | |
| PABLO RAUL LUGO LARROIG | **NOTIFICATION RE: APPLICATION FOR BAIL REVIEW OR RECONSIDERATION OF ORDER SETTING CONDITIONS OF RELEASE OR DETENTION, (18 U.S.C. §3142)** |
| DEFENDANT. | |

PLEASE TAKE NOTICE that the Request for Hearing on the Application for Review/Reconsideration of Order Setting Conditions of Release/Detention:

☐ is approved. The matter is set on calendar for hearing before:

☐ District Judge _____

☐ Magistrate Judge _____

on _____ at _____ ☐ a.m. ☐ p.m.

in courtroom _____.

☐ is not approved.

☐ Other: _____

An interpreter is ☑ required   ☐ is not required.   Language  Spanish  
Defendant is ☑ in custody   ☐ not in custody.

Clerk, U. S. District Court

_____   _____   _____
Date                     Deputy Clerk              Contact Phone Number

Notice is electronically made upon transmission of the Notice of Electronic Filing to the following agencies:  
cc: ☐ Probation   ☐ Interpreter's Office   ☐ PSA.