# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER |
|---|---|
| PLAINTIFF<br>v.<br>PABLO RAUL LUGO LARROIG,<br><br>DEFENDANT. | 5:25-cr-00198-KK-3<br><br>**NOTIFICATION RE: APPLICATION FOR BAIL REVIEW OR RECONSIDERATION OF ORDER SETTING CONDITIONS OF RELEASE OR DETENTION, (18 U.S.C. §3142)** |

PLEASE TAKE NOTICE that the Request for Hearing on the Application for Review/Reconsideration of Order Setting Conditions of Release/Detention:

☑ is approved. The matter is set on calendar for hearing before:

☐ District Judge _____

☑ Magistrate Judge  Michael B. Kaufman

on August 5, 2025 at 3:00  ☐ a.m.  ☑ p.m.

in courtroom 550.

☐ is not approved.

☐ Other: _____

An interpreter is  ☑ required  ☐ is not required.  Language Spanish
Defendant is  ☑ in custody  ☐ not in custody.

Clerk, U. S. District Court

| July 28, 2025 | L. Krivitsky for James Munoz | (213) 894-1831 |
|---|---|---|
| Date | Deputy Clerk | Contact Phone Number |

Notice is electronically made upon transmission of the Notice of Electronic Filing to the following agencies:
cc:  ☐ Probation  ☑ Interpreter's Office  ☑ PSA.