FILED
CLERK, U.S. DISTRICT COURT

AUG 5 2025

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER: |
|---|---|
| PLAINTIFF | EDCR 25-198-KK |
| v. | |
| Pablo Raul Lugo Larroig | DECLARATION RE PASSPORT AND OTHER TRAVEL DOCUMENTS |
| DEFENDANT. | |

I, **Pablo Raul Lugo Larroig**, declare that
*(Defendant/Material Witness)*

☑ I have never been issued any passport or other travel document by any country. I will not apply for a passport or other travel document during the pendency of this case.

☐ I have been issued a passport or other travel document(s). I will surrender my passport and all other travel document(s) issued to me to the U.S. Pretrial Services Agency by the deadline imposed. I will not apply for a passport or other travel document during the pendency of this case.

☐ I am unable to locate my passport(s) or other travel document(s). If I locate any passport or other travel document issued to me, I will immediately surrender it to the U.S. Pretrial Services Agency. I will not apply for a passport or other travel document during the pendency of this case.

☐ My passport and all other travel documents issued to me are in the possession of federal authorities. If any such document is returned to me during the pendency of this case, I will immediately surrender it to the U.S. Pretrial Services Agency. I will not apply for a passport or other travel document during the pendency of this case.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this **5th** day of **August**, 20**25**
at **Los Angeles, CA**
*(City and State)*

**Pablo R. Lugo Larroig**
Signature of Defendant/Material Witness

If the declarant is not an English speaker, include the following:
I, **Julie Brucker**, am fluent in written and spoken English and **Spanish** languages. I accurately translated this form from English into **Spanish** to declarant **8/5/25 Mr. LUGO** on this date.

Date: **8/5/25**

_____
Interpreter

CR-37 (05/15)                DECLARATION RE PASSPORT AND OTHER TRAVEL DOCUMENTS